## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

MYRON M. MCCRAY,

      Plaintiff,

vs.                                **Case No. 4:16cv574-MW/CAS**

DERRICK ADAMS, et al.,

      Defendants.

_____/

## REPORT AND RECOMMENDATION

Plaintiff, an inmate proceeding pro se and in forma pauperis, initiated this case in September 2016, by filing a civil rights complaint, ECF No. 1. Plaintiff was subsequently granted in forma pauperis status, ECF No. 6, and recently directed to file a second amended complaint if he desired to proceed with this case. ECF No. 11. That Order was entered on November 3, 2016, and gave Plaintiff until **December 5, 2016**, in which to file a second amended complaint. ECF No. 11. Plaintiff was advised that if he failed to comply with the Order and submit a second amended complaint, a recommendation would be made to dismiss this case. *Id.* Despite that warning, Plaintiff has not filed a second amended complaint. Accordingly,

this case should now be dismissed for failure to comply with a Court Order and failure to prosecute pursuant to Rule 41 as it is apparent that Plaintiff has abandoned this litigation.

It is respectfully **RECOMMENDED** that this case be **DISMISSED** for failure to comply with a Court Order and for failure to prosecute.

**IN CHAMBERS** at Tallahassee, Florida, on December 28, 2016.


 S/     Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**


## NOTICE TO THE PARTIES

**Within fourteen (14) days after being served with a copy of this Report and Recommendation, a party may serve and file specific written objections to these proposed findings and recommendations.  Fed. R. Civ. P. 72(b)(2).  A copy of the objections shall be served upon all other parties.   A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof.  Fed. R. Civ. P. 72(b)(2).  Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control.  If a party fails to object to the Magistrate Judge's findings or recommendations as to any particular claim or issue contained in this Report and Recommendation, that party waives the right to challenge on appeal the District Court's order based on the unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**