IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**MYRON M. McCRAY,**

    **Plaintiff,**

**v.**                                              **Case No. 4:16cv574-MW/CAS**

**DERRICK ADAMS, et al.,**

    **Defendants.**

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 12. Upon consideration, no objections having been filed by the parties,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED** for failure to comply with an order of the Court and for failure to prosecute." The Clerk shall close the file.

**SO ORDERED on January 26, 2017.**

                                                      s/Mark E. Walker          
                                                      **United States District Judge**